EVA B. HARKINS, as Administratrix of the Estate of IRA D. HARKINS, Deceased, Appellant, *v.* SIZER FORGE COMPANY, Respondent.

*Negligence — telephone lineman injured while stringing wires in defendant's plant — failure to establish actionable negligence.*

*Harkins v. Sizer Forge Co.*, 185 App. Div. 903, affirmed.

(Argued November 22, 1920; decided December 7, 1920.)

APPEAL from a judgment entered December 13, 1918, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant. The complaint alleged that the plaintiff's intestate, who was in the employ of the New York Telephone Company, was engaged in running telephone wires for a telephone extension through part of defendant's plant in the city of Buffalo, N. Y., and that while so engaged and working upon a steel girder upon which defendant's electric crane is operated, he was run into and caught by the electric crane then operated by the defendant which resulted in severe injuries causing his death. The Appellate Division held that plaintiff had failed to establish actionable negligence.

*Hamilton Ward* and *Irving W. Cole* for appellant.

*George P. Keating* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, McLAUGHLIN and ANDREWS, JJ. Not voting: CRANE, J.